UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHELLE PEREZ**<br><br>      Plaintiff,<br><br>v.<br><br>**FCA US LLC a Delaware Limited Liability Corporation; and DOES 1 through 10, inclusive**<br><br>      Defendant, | Case No. **3:17-cv-04294-JCS**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __October 2__, 2019

_____
Honorable Judge Joseph C. Spero
Chief Magistrate Judge